IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAURIE PITLOCK and LUCILLE PITLOCK, | ) ) | |
| Plaintiffs, | ) ) | **02C 5693** |
| v. | ) ) ) | |
| CORA BEEM, CHIEF OF SAUK VILLAGE POLICE DEPARTMENT and VILLAGE OF SAUK VILLAGE, Defendants. | ) ) ) ) ) | JUDGE ZAGEL  Trial By Jury Demanded  DOCKETED AUG 1 3 2002 MAGISTRATE JUDGE KEYS |

COMPLAINT

The Plaintiffs, LAURIE AND LUCILLE PITLOCK, by their attorney,

MITCHELL A. KLINE, for a cause of action against Defendants, Cora Beem, Chief of

Sauk Village Police Department [hereinafter Beem] and Village of Sauk Village

[hereinafter Village] alleges as follows:

VIOLATION OF CIVIL RIGHTS

This is an action for violation of Plaintiffs' civil rights under 42 U.S.C. §1983 to

redress and seeks damages.

**THE PARTIES**

1. Plaintiff, Laurie Pitlock, is a female citizen and resident of the State of
Illinois residing in Sauk Village in the County of Cook.

2. Plaintiff, Lucille Pitlock, is a female citizen and resident of the State of
Illinois residing in Sauk Village in the County of Cook.

3. Defendant, Beem, is the Chief of the Sauk Village Police
Department and worked in Sauk Village in the County of Cook.

4. Defendant, Village, is a village providing services to its residents, and at

all times relevant herein defendant had a substantial physical and corporate presence within this Judicial District, at Sauk Village, Illinois. Defendant is an employer within the meaning of 42 U.S.C. §2000e(b) and employs more than 100 people.

## JURISDICTION AND VENUE

5.    This Court has jurisdiction pursuant to 28 U.S.C. §§1331,1343(a) and 1343(a)(4).

6.    Venue is proper in this Court pursuant to 28 U.S.C. §1391(b).

7.    Plaintiff has fulfilled all administrative prerequisites for the bringing of this lawsuit.

## FACTS

8.    Plaintiffs lived together in a home located at   2913 E. 223rd Place in Sauk Village, Illinois  on August 10, 2000.

9.     On August 10, 2000,  at approximately 10:00 p.m. the Plaintiffs' back door was forced open by several people.

10.    The people who invaded the Pitlocks' home never identified themselves as police officers or showed police badges.

11.    The Plaintiffs did not learn the identity of the intruders until they heard the message received by the officers approximately five minutes after the intrusion, which stated that the officers were in the wrong house.

12.    Ms. Lucille Pitlock, who is over seventy years old and a diabetic, was very upset and shaking after the invasion; her sugar level experienced a dramatic increase; Ms. Pitlock was prescribed  tranquilizers, which she used for approximately four days.

13. Ms. Laura Pitlock who is Lucille's daughter, experienced nightmares after the invasion, which caused her to jump out of bed for approximately two weeks after the intrusion; Laura had difficulty sleeping for at least two months after the invasion.

14. As a result of Defendants' unlawful, unconstitutional conduct, which violated the civil rights of Plaintiffs, Plaintiffs have suffered severe emotional distress.

WHEREFORE, Plaintiffs requests that this Court:

(a) declare that Defendants violated the civil rights of Plaintiffs;

(b) award Plaintiffs pecuniary damages in an amount to compensate them for all damage suffered by virtue of Defendants violation of their rights;

(c) award Plaintiffs compensatory and punitive damages in an appropriate amount;

(d) award Plaintiff prejudgment interest on damages recovered, at the prime rate, compounded annually, or the rate allowed by law; and

(e) award costs, reasonable attorney's fees, and such other relief as it deems just.

Respectfully submitted,

Mitchell A. Kline
Attorney for Plaintiffs

Mitchell A. Kline
Law Office of Mitchell A. Kline
203 N. LaSalle Street
Suite 2100
Chicago, Illinois 60601
(312) 558-1454

Civil Cover Sheet Input Fo                                         Page 1 of 3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet Input Form

02C 5693

JUDGE ZAGEL

**This form has been approved for use by the general public for generating the civil cover sheet for filing new cases in the Northern District of Illinois. Your comments about the form and suggestions for improvements are always greatly appreciated.** DOCKETED

AUG 1 MAGISTRATE JUDGE KEYS

This automated JS-44 conforms generally to manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the Northern District of Illinois. (Instructions)

| I (a) - PLAINTIFFS | DEFENDANTS |
|---|---|
| Laurie Pitlock<br>Lucille Pitlock | Cora Beem, Chief of Police<br>Village of Sauk Village |

| b) - County of Residence of First Listed Plaintiff<br>(Except in U.S. Plaintiff Cases) | County of Residence of First Listed Defendant<br>(In U.S. Plaintiff Cases Only) |
|---|---|
| Cook | Cook |

| Plaintiff's Attorney | Defendant's Attorney (If known) |
|---|---|
| Name:<br>Firm:<br>Address:<br>Phone: | Mitchell A. Kline<br>Law Office of Mitchell A. Kline<br>203 N.LaSalle , 2100 Chgo., IL 60601<br>312 558-1454 | Name:<br>Firm:<br>Address:<br>Phone: |

**II. Basis of Jurisdiction**
(Select from drop menu below)
3. Federal Question (U.S. not a party) ▼

**III. Citizenship of Principal Parties** (Diversity cases only)
*PLAINTIFF*
N/A ▼
*DEFENDANT*
N/A ▼

**IV. Origin**
(Select from drop menu below)
1. Original Proceeding ▼

Civil Cover Sheet Input Fo  Page 2 of 3

## V. Nature of Suit (Select one box)

### Contract

- ○ 110 Insurance
- ○ 120 Marine
- ○ 130 Miller Act
- ○ 140 Negotiable Instrument
- ○ 150 Recovery of Overpayment & Enforcement of Judgment
- ○ 151 Medicare Act
- ○ 152 Student Loan -non VA
- ○ 153 Recovery of VA Benefits
- ○ 160 Stockholder Suits
- ○ 190 Other Contract
- ○ 195 Contract Product Liability

### Real Property

- ○ 210 Land Condemnation
- ○ 220 Foreclosure
- ○ 230 Rent Lease & Ejectment
- ○ 240 Torts to Land
- ○ 245 Tort Product Liability
- ○ 290 Other Real Property

### Bankruptcy

- ○ 422 Appeal 28 USC 158
- ○ 423 Withdrawal 28 USC 157

### Property Rights

- ○ 820 Copyrights
- ○ 830 Patent
- ○ 840 Trademark

## Torts

### Personal Injury

- ○ 310 Airplane
- ○ 315 Airplane Product Liability
- ○ 320 Assault, Libel & Slander
- ○ 330 Federal Employers' Liability
- ○ 340 Marine
- ○ 345 Marine Product Liability
- ○ 350 Motor Vehicle
- ○ 355 Motor Vehicle Product Liability
- ○ 360 Other Personal Injury

### Civil Rights

- ○ 441 Voting
- ○ 442 Employment
- ○ 443 Housing/Accomodations
- ○ 444 Welfare
- ● 440 Other Civil Rights

### Forfeiture/Penalty

- ○ 610 Agriculture
- ○ 620 Other Food & Drug
- ○ 625 Drug Related Seizure of Property 21 USC 881
- ○ 630 Liquor Laws
- ○ 640 R.R. & Truck
- ○ 650 Airline Regulations
- ○ 660 Occupational Safety/Health
- ○ 690 Other

### Personal Injury

- ○ 362 Med. Malpractice
- ○ 365 Personal Injury - Product Liability
- ○ 368 Asbestos Personal Injury Product Liability

### Personal Property

- ○ 370 Other Fraud
- ○ 371 Truth in Lending
- ○ 380 Other Pers Property Damage
- ○ 385 Property Damage Product Liability

### Prisoner Petitions

- ○ 510 Motions to Vacate Sentence

### Habeas Corpus:

- ○ 530 Habeas Corpus General
- ○ 535 Habeas Death Penalty
- ○ 540 Mandamus & Other
- ○ 550 Civil Rights
- ○ 555 Prison Condition

### Labor

- ○ 710 Fair Labor Standards Act
- ○ 720 Labor/Mgmt. Relations
- ○ 730 Labor/Mgmt. Reporting & Disclosure Act
- ○ 740 Railway Labor Act
- ○ 790 Other Labor Litigation
- ○ 791 E.R.I.S.A.

## Other Statutes

- ○ 400 State Reapportionment
- ○ 410 Antitrust
- ○ 430 Banks & Banking
- ○ 450 Commerce/ICC Rates/ etc
- ○ 460 Deportation
- ○ 470 RICO
- ○ 810 Selective Service
- ○ 850 Securities / Commodities / Exchange
- ○ 875 Customer Challenge 12 USC 3410
- ○ 891 Agricultural Acts
- ○ 892 Economic Stabilization Act
- ○ 893 Environmental Matters
- ○ 894 Energy Allocation Act
- ○ 895 Freedom of Information Act
- ○ 900 Appeal of Fee Determination Under Equal Access to Justice
- ○ 950 Constitutionality of State Statute
- ○ 890 Other Statutory Actions

### Social Security

- ○ 861 HIA (1395ff)
- ○ 862 Black Lung (923)
- ○ 863 DIWC/DIWW (405(g))
- ○ 864 SSID Title XVI
- ○ 865 RSI (405(g))

### Federal Tax Suits

- ○ 870 Taxes US Plaintiff or Defendant
- ○ 871 IRS Third Party 26 USC 7609

## VI Cause of Action (CITE THE U. S. STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 USC 1983

| VII. Requested in Complaint | ○ Class Action Under FRCP 23<br>● Not Class Action | **Demand** | **Jury Demand** (requested in Complaint)<br>● Yes ○ No |
|---|---|---|---|

| **VIII.** This Case | ● is not a refiling of a previously dismissed action.<br>○ is a refiling of case number _____, previously dismissed by Judge _____ |
|---|---|

Civil Cover Sheet Input Fo

| Generate JS-44 | Reset Form |

*[handwritten signature]* 8-9-02

NOTE: When the print dialogue
box appears, be sure to
uncheck the Annotations option.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### Eastern Division



Double click on question
mark for appearance form
instructions

In the Matter of

Laurie Pitlock and Lucille Pitlock
    v.
Cora  Beem, Chief of Sauk Village Police Department,
and Village of Sauk Village


DOCKETED
AUG 1 2 2002

Case Number  
02C 5693

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
JUDGE ZAGEL

Plaintiffs

MAGISTRATE JUDGE KEYS

| (A) | (B) |
|---|---|
| SIGNATURE *Mitchell A Kline* | SIGNATURE |
| NAME Mitchell A. Kline | NAME |
| FIRM Law Office of Mitchell A. Kline | FIRM |
| STREET ADDRESS 203 N. LaSalle St.   ste 2100 | STREET ADDRESS |
| CITY/STATE/ZIP Chgo., IL  60601 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312 558 1454 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER 3122669 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR?   YES ✓   NO | MEMBER OF TRIAL BAR?   YES   NO |
| TRIAL ATTORNEY?   YES ✓   NO | TRIAL ATTORNEY?   YES   NO |
| | DESIGNATED AS LOCAL COUNSEL?   YES   NO |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR?   YES   NO | MEMBER OF TRIAL BAR?   YES   NO |
| TRIAL ATTORNEY?   YES   NO | TRIAL ATTORNEY?   YES   NO |
| DESIGNATED AS LOCAL COUNSEL?   YES   NO | DESIGNATED AS LOCAL COUNSEL?   YES   NO |