# United States District Court
## Northern District of Illinois
### Eastern Division

**DOCKETED**
JAN 0 3 2003

LUCILLE PITLOCK, ET AL **JUDGMENT IN A CIVIL CASE**

v. Case Number: 02 C 5693

CORA BEEM, ET AL

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the motion to dismiss the amended complaint for failure to state a claim upon which relief may be granted is granted.

 Michael W. Dobbins, Clerk of Court

Date: January 2, 2003 *Donald R. Walker*
 Donald Walker, Deputy Clerk

13